IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Anissa Hutton,

        Plaintiff,      :   Case No. 2:20-cv-339
- vs -                           Judge Sarah D. Morrison
                                        Magistrate Judge Chelsey M. Vascura

Commissioner of Social Security    :
Administration,
                                    :
        Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on July 9, 2020. (ECF No. 10.) The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **REVERSES** the Commissioner's nondisability finding and **REMANDS** this case to the Commissioner and the ALJ under Sentence Four of § 405(g) for further consideration consistent with this Order and the Report and Recommendation. The Clerk is **DIRECTED** to **ENTER JUDGMENT** in accordance with this Order and terminate this case from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                                                             /s/ Sarah D. Morrison
                                                             SARAH D. MORRISON
                                                              UNITED STATES DISTRICT JUDGE